# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYCE CASE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC., a Delaware corporation; LEGOLAND CALIFORNIA, LLC, a Delaware limited liability company; MERLIN ENTERTAINMENTS SHORT BREAKS LLC, a Delaware limited liability company; MADAME TUSSAUDS HOLLYWOOD LLC, a Delaware limited liability company; MADAME TUSSAUDS SAN FRANCISCO LLC, a Delaware limited liability company; and SAN FRANCISCO DUNGEON LLC,<br><br>Defendants. | Case No.: 3:20-CV-01049-JAH-MSB<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO SET FURTHER CASE DEADLINES AND TO VACATE THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS**<br><br>Judge: Hon. John A. Houston<br>Ctrm: 13B |

1

*Case v. Merlin Entertainments Group, Inc.,* Case No. 3:20-CV-01049-JAH-MSB
ORDER GRANTING JOINT MOTION TO SET FURTHER CASE DEADLINES AND TO VACATE
THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS

Before the Court is the Parties' Joint Motion to Set Further Case Deadlines and to Vacate the Hearing Date on Defendants' Motion to Dismiss. Having reviewed the Parties' Joint Motion, and for good cause shown, the Parties' Joint Motion is hereby **GRANTED**. Accordingly, the Court hereby orders as follows:

1. The hearing date on Defendants' Motion to Dismiss Plaintiff's Complaint currently set for September 2, 2020 at 10:30 a.m. is hereby **VACATED**;
2. Plaintiff shall file a First Amended Complaint on or before **September 2, 2020**;
3. Defendants shall move to dismiss or otherwise respond to Plaintiff's First Amended Complaint on or before **September 30, 2020**;
4. Plaintiff shall file her Opposition to Defendants' anticipated Motion to Dismiss the First Amended Complaint on or before **October 21, 2020**;
5. Defendants shall file a Reply in Support of their anticipated Motion to Dismiss the First Amended Complaint on or before **November 4, 2020**.

**IT IS SO ORDERED.**

DATED: August 19, 2020

_____
HON. JOHN A. HOUSTON
United States District Court Judge