1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**

10  | JOYCE CASE, WILLIAM LUM, and TIFFANY LAMAR, individually and on behalf of all others similarly situated, | CASE NO. 3:20-CV-01049-JAH-MSB |

**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**

Plaintiffs,

v.

MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC., a Delaware corporation; LEGOLAND CALIFORNIA, LLC, a Delaware limited liability company; MERLIN ENTERTAINMENTS SHORT BREAKS LLC, a Delaware limited liability company; MADAME TUSSAUDS HOLLYWOOD LLC, a Delaware limited liability company; MADAME TUSSAUDS SAN FRANCISCO LLC, a Delaware limited liability company; Delaware limited liability company; and LEGOLAND DISCOVERY CENTER SAN JOSE LLC, a Delaware limited liability company,

Defendants.

Presently before the Court is the parties' Joint Motion to Extend Time for Defendants Merlin Entertainments Group U.S. Holdings Inc., LEGOLAND California, LLC, Merlin Entertainments Short Breaks, LLC, Madame Tussauds Hollywood, LLC, Madame Tussauds San Francisco, LLC, San Francisco Dungeon, LLC, and LEGOLAND Discovery Center San Jose LLC ("Defendants") to Respond to Plaintiffs' First Amended Complaint.  For good cause shown, the Court **GRANTS** the parties' Joint Motion as follows:

Defendants shall file their response to the First Amended Complaint within 14 days of either: (1) the Court's denial of Plaintiffs' Motion to Consolidate (Dkt. No. 21); or (2) the filing of an amended consolidated complaint.

Plaintiffs will file their opposition to Defendants' motion to dismiss, if any, within 28 days of Defendants' motion.

Defendants will file their reply, if any, within 14 days of Plaintiffs' opposition.

**IT IS SO ORDERED.**

Dated:  September 29, 2020

_____
THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT COURT JUDGE

CASE NO. 3:20-CV-01049-JAH-MSB