UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUM, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC, et. al,<br><br>Defendants. | Consolidated Case No.:<br>20cv01049 JAH-MSB<br><br>**ORDER GRANTING JOINT MOTION TO SET DEADLINE FOR RESPONSE TO COMPLAINT**<br>**[Doc. No. 54]** |

The Court, having reviewed the parties' Joint Motion to Set Deadline for Response to Complaint, and good cause appearing, orders as follows:

1. The parties' Joint Motion to Set Deadline for Response to Complaint is **GRANTED**.

2. Defendants shall file an answer to the Consolidated Complaint **on or before May 26, 2023**.

**IT IS SO ORDERED**.

DATED:   May 4, 2023

_____
JOHN A. HOUSTON
United States District Judge

1