# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LUM, TIFFANY LAMAR, and JESSICA BAUTISTA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LEGOLAND CALIFORNIA, LLC, a Delaware limited liability company; and MERLIN ENTERTAINMENTS SHORT BREAKS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:20-cv-01049-JAH-MSB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(II)** |

Having considered the Joint Motion to Dismiss Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and finding good cause, IT IS HEREBY ORDERED:

1. The parties' joint motion to dismiss is **GRANTED**.
2. The above-captioned action is **DISMISSED in its entirety**, with prejudice as to the individual claims of Jessica Bautista and Tiffany Lamar and without prejudice as to the putative class claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

ORDER OF DISMISSAL
CASE NO.: 3:20-CV-01049-JAH-MSB

3. The Parties shall bear their own attorneys' fees and costs.

DATED: March 11, 2024

_____
HON. JOHN A. HOUSTON
United States District Judge